UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| American Civil Liberties Union of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. Department of Homeland Security; and U.S. Customs and Border Protection,<br><br>Defendants. | No. CV-17-01083-PHX-DJH<br><br>**ORDER [PROPOSED] SETTING SCHEDULE FOR PRODUCTION OF RESPONSIVE DOCUMENTS** |

The Court having considered the *Motion for Order Setting Production of Responsive Documents* [Dkt. No. __] (the "Motion"), having considered the Court's file in this matter, and finding good cause therefor,

IT IS ORDERED granting the Motion. Defendants shall produce 1,000 pages of documents responsive to Plaintiff American Civil Liberties Union of Arizona's FOIA Request on the first day of the month following entry of this Order. Defendants shall continue to produce documents on the first day of each successive month at a rate of 1,000 pages per month until all documents responsive to Plaintiff's FOIA Request have been produced

DATED this _____ day of_____, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge