# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Civil Liberties Union of Arizona, | No. CV-17-01083-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Order Setting Schedule for Production of Responsive Documents. (Doc. 39). Defendants filed a Response (Doc. 42) and Plaintiff filed a Reply (Doc. 44).

Plaintiffs seek entry of an Order directing Defendants to produce documents related to Plaintiff's Freedom of Information Act ("FOIA") request. Plaintiff initially sought to have 1,000 pages produced per month. (Doc. 39). Since the filing of the present Motion on December 13, 2017, the Parties have cooperated and Defendants have reviewed 56% of the documents requested by Plaintiff and have provided, on average, 581 pages to Plaintiff per month. (Doc. 48 at 2).

Defendants argue that they are unable to commit to processing 1,000 pages per month for many reasons. Namely, Defendants note that they are processing FOIA requests to 18 other ACLU affiliates in federal court actions across the country. Defendants propose a schedule in which they continue to produce documents at roughly the same rate they have been producing them since December. Defendants proposed

schedule contemplates the completion of production of the requested documents by November 2018. The Court finds this schedule to be reasonable. However, Defendants shall work diligently to attempt to review and produce more documents per month than what is Ordered herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall produce the remaining documents pursuant to the following schedule:

- at least 500 pages by June 30, 2018;
- at least 1,000 pages by August 31, 2018;
- at least 2,129 pages by October 31, 2018; and
- all 2,241 pages by November 30, 2018.

**Dated** this 4th day of June, 2018.

Honorable Diane J. Humetewa
United States District Judge